IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL NO.  08-328-2 |
| RICHARD CARABALLO RODRIGUEZ | : | |
| | : | |

**JUDGMENT OF ACQUITTAL/NOT GUILTY**

AND NOW, this      day of October, 2011

[ X] The Court having granted the defendant's motion for judgment of acquittal as to: **Counts 1 and 2.**

**IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(b), Federal Rules of Criminal Procedure.

BY THE COURT:

/s/ CYNTHIA M. RUFE, J.
_____
THE HON. CYNTHIA M. RUFE  , J.

cc:    U.S. Marshal (2) certified
       Probation Office (2)certified
       Counsel certified
       Pretrial (1) certified

 October 5, 2011         EP
 Date                    By Whom